UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONI HAMILTON,

    Plaintiff,

v.                                 Case No. 8:22-cv-344-KKM-MRM

PUB BRANDS, LLC,

    Defendant.
_____

## ORDER

On October 5, 2022, the United States Magistrate Judge entered a Report and Recommendation, recommending Defendant Pub Brands' Answer and Affirmative Defenses (Doc. 16) be stricken, and directing the Clerk to enter a clerk's default against Defendant because of Defendant's failure to comply with court orders. The fourteen-day deadline, and an additional three days as required under Federal Rule of Civil Procedure 6(d), for Defendant to object to the Magistrate Judge's Report and Recommendation has passed without Defendant lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein (Doc. 27); strikes Defendant's Answer and Affirmative Defenses (Doc. 16), directs the Clerk to enter a

clerk's default against Defendant, and orders Plaintiff to file a motion for default judgment within 14 days of this order.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. Pub Brands has failed to obtain counsel as required by Local Rule 2.02(b)(2) and has failed to comply with two court orders directing Defendant to retain new counsel and file a notice of appearance. (Doc. 25, 26.)

Accordingly, it is now **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 27) is **ADOPTED** and made a part of this Order for all purposes.

2. Defendant Pub Brands, LLC's Answer and Affirmative Defenses (Doc. 16) is **STRICKEN**.

3. Plaintiff is ordered to file a motion for default judgment within fourteen days—November 3, 2022.

4. The Clerk is directed to enter a clerk's default against Defendant Pub Brands, LLC.

**ORDERED** in Tampa, Florida, on October 20, 2022.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**